IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SYNEITRA D. STEWARD                                             PLAINTIFF

v.                         CASE NO. 4:25-CV-00735-BSM

JEFFERSON HOSPITAL ASSOCIATION, INC.
d/b/a JEFFERSON REGIONAL MEDICAL CENTER             DEFENDANT

### ORDER

Defendant's motion to consolidate [Doc. No. 8] is granted because both cases involve common questions of law and fact. *See* Fed. R. Civ. P. 42(a). The clerk is directed to transfer this case to the docket of United States District Judge Lee Rudofsky to be consolidated with the lead case of *Rashunda A. Pridgeon Jenkins v. Jefferson Hospital Association, Inc.,* Case No. 4:25-CV-00734-LPR.

IT IS SO ORDERED this 17th day of October, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE